# Court of Appeals
# of the State of Georgia

ATLANTA, July 21, 2016

*The Court of Appeals hereby passes the following order*

**A16A2026. FEDERAL NATIONAL MORTGAGE ASSOCIATION v. JOSEPH L. CUMMINGS et al..**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 21, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*